**Jason POPE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63839.**

Missouri Court of Appeals,
Western District.

Feb. 1, 2005.

Craig A. Johnston, Columbia, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for respondent.

Before: PAUL M. SPINDEN, P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. Jason Pope appeals from the judgment of the motion court, which denied his Rule 24.035 motion for post-conviction. For the reasons explained in the memorandum furnished to the parties, we affirm. Rule 84.16(b).